UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. 13-80026 MISC

IN RE SUBPOENAS ISSUED TO
IMPAX LABORATORIES, INC.

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

_____/

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Meda Pharmaceuticals Inc's motion to compel document production and testimony from Impax Laboratories, Inc., and for all further discovery.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: February 14, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge