IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENAS ISSUED TO IMPAX LABORATORIES, INC. | Case No.: C-13-80026 PJH (JSC)<br><br>**ORDER RE: MOTION TO COMPEL** |

WHEREAS on February 7, 2013, Meda Pharmaceuticals Inc. filed a Motion to Compel Production and Testimony from Impax Laboratories, Inc. ("Motion"). (Dkt. No. 1.)

WHEREAS on February 15, 2013, the Motion and all further discovery in this matter was referred to the undersigned. (Dkt. No. 4.)

NOW, THEREFORE, IT IS HEREBY ORDERED that Impax Laboratories, Inc.'s opposition to the Motion shall be filed no later than February 21, 2013; that Meda Pharmaceuticals Inc.'s reply in support of the Motion shall be filed no later than February 28, 2013; and that a hearing on the Motion shall be held on March 7, 2013 at 9 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  Counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

IT IS SO ORDERED.

Dated: February 15, 2013

                                               _____
                                               JACQUELINE SCOTT CORLEY
                                               UNITED STATES MAGISTRATE JUDGE