FGORDON I. ENDOW (SBN: 99638)
LYNDY CHANG STEWART (SBN: 196455)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
gendow@gordonrees.com
lstewart@gordonrees.com

CHRISTINE J. SIWIK (*admitted pro hac vice*)
WILLIAM A. RAKOCZY (*admitted pro hac vice*)
ALICE L. RIECHERS (*admitted pro hac vice*)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:  (312) 527-2157
Facsimile:  (312) 527-4205
csiwik@rmmslegal.com

Attorneys for Third Party Subpoena Recipient
IMPAX LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO IMPAX LABORATORIES, INC.<br><br>Relating to Litigation Pending in the United States District of New Jersey, Case No. 12-361 (JAP) (TJB), captioned:<br><br>MEDA PHARMACEUTICALS, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>APOTEX INC., APOTEX CORP., PERRIGO ISRAEL PHARMACEUTICAL LTD., PERRIGO COMPANY, and L. PERRIGO,<br><br>      Defendants. | CASE NO. 4:-13-mc-80026-PJH (JSC)<br><br>[~~PROPOSED~~] ORDER FOR RELEASE OF COURT TRANSCRIPT OF MARCH 28, ,2013 HEARING RE PLAINTIFF'S MOTION FOR COMPEL<br><br>Judge:   Magistrate Judge Jacqueline Corley |

   Plaintiff Meda Pharmaceutical, Inc.'s ("Meda"), motion to compel documents from

subpoenaed non-party Impax Laboratories, Inc. ("Impax") came on regularly for hearing on

March 28, 2013.  Carl Gunnar Anderson and Krista Rycroft of Quinn Emanuel Urguhart &

IMPAX/1083427/15222112

1 Sullivan, LLP, appeared on behalf of Meda.  William Rakoczy and Alice Riechers of Rakoczy
2 Molino Mazzochi Siwik LLP and Gordon Endow of Gordon & Rees LLP appeared on behalf of
3 Impax.
4     Whereas, both Meda and Impax had filed motions to seal in connection with Meda's
5 motion to compel, which motions the court granted on March 13, 2013 (Dock. Nos. 28 and 27,
6 resp.);
7     Whereas, information which was the subject of the motions to seal was referred to
8 extensively at the hearing;
9     Whereas, no persons were present at the hearing on the motion to compel other than
10 counsel listed above;
11     Whereas, the entire transcript of the hearing was ordered sealed;
12     Whereas, the court has taken the matter under submission (Dock. No. 33); and
13     Whereas, Impax is requesting a copy of the transcript for possible further use in this
14 matter.
15     In consideration of the foregoing, and good cause appearing therefor:
16     1.    IT IS HEREBY ORDERED that the transcript of the hearing on Meda's motion to
17 compel in this action on March 28, 2013, be released to counsel for Impax upon payment
18 therefor.

20 Dated: _____April 1_____, 2013      _____Jacqueline S. Corley_____
                                        United States Magistrate Judge
21                                      Jacqueline Scott Corley