Carl G. Anderson (Bar No. 239927)
carlanderson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Krista M. Rycroft (admitted *pro hac vice*)
kristarycroft@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Meda Pharmaceuticals Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO IMPAX LABORATORIES, INC.<br><br>Relating to Litigation Pending in the United States District of New Jersey, Case No. 12-361 (JAP)(TJB) (D. N.J):<br><br>MEDA PHARMACEUTICALS INC.<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., APOTEX CORP., PERRIGO ISRAEL PHARMACEUTICAL LTD., PERRIGO COMPANY, and L. PERRIGO COMPANY<br><br>Defendants. | Case No. 4:13-mc-80026-PJH (JSC)<br><br>[Proposed] ORDER FOR RELEASE OF SEALED COURT TRANSCRIPT OF MARCH 28, 2013 HEARING REGARDING MEDA PHARMACEUTICALS INC.'S MOTION TO COMPEL DOCUMENT PRODUCTION AND TESTIMONY FROM IMPAX LABORATORIES, INC. |

The Motion to Compel Document Production and Testimony from Impax Laboratories, Inc. ("Impax") by plaintiff Meda Pharmaceuticals Inc. ("Meda") came on regularly before this Court for hearing on March 28, 2013. Carl Anderson and Krista Rycroft of Quinn Emanuel Urquhart & Sullivan, LLP appeared on behalf of Meda, and William Rakoczy and Alice Riechers

1  of Rakoczy Molino Mazzochi Siwik LLP and Gordon Endow of Gordon & Rees LLP appeared on
2  behalf of Impax.
3      Whereas, both Meda and Impax filed motions to seal in connection with Meda's motion to
4  compel, which motions the Court granted on March 13, 2013 (D.I. 28 and 27, respectively);
5      Whereas, information which was the subject of the motions to seal was referred to
6  extensively at the March 28, 2013 hearing;
7      Whereas, no persons were present at the March 28, 2013 hearing concerning the motion to
8  compel other than counsel listed above;
9      Whereas, the entire transcript of the March 28, 2013 hearing was ordered sealed;
10     Whereas, the Court has taken the matter under submission (D.I. 33); and
11     Whereas, Meda is requesting a copy of the transcript for possible further use in this matter.
12     After consideration of the forgoing, and for good cause appearing therefor:
13     IT IS HEREBY ORDERED THAT the transcript of the March 28, 2013 hearing on Meda's
14 motion to compel in this action be released to counsel for Meda upon payment therefor.

16 DATED: __April 3__, 2013            _Jacqueline S. Corley_
                                        UNITED STATES MAGISTRATE JUDGE
17                                      Jacqueline Scott Corley